**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VALERIE T. FILAR ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHICAGO SCHOOL REFORM BOARD ) <br> OF TRUSTEES, a/k/a BOARD OF ) <br> EDUCATION OF THE CITY OF ) <br> CHICAGO ) <br> ) <br> Defendant. ) <br> ) | Case No.  05 CV 0049 <br><br> Judge Charles R. Norgle, Sr. <br> Magistrate Judge Geraldine Soat Brown |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF STIPULATED JUDGMENT**

Plaintiff Valerie T. Filar hereby respectfully requests that the Court order judgment consistent with the parties' Stipulation of Judgment attached to this motion as Exhibit A. Plaintiff Valerie T. Filar and Defendant Board of Education of the City of Chicago ("Board") have agreed and stipulated to the terms of the Stipulation of Judgment, as evidenced by their signatures thereon.  Entry of judgment consistent with the Stipulation of Judgment fully and finally resolves the matters raised in the Complaint, will spare the parties and the Court the time and expense of trial, and therefore will most efficiently further the ends of justice in this case.

On May 31, 2012, Plaintiff's counsel conferred with Defendant's counsel, Ms. Linda Hogan, regarding this motion.  Ms. Hogan stated that Defendant does not oppose this motion.

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment consistent with the parties' Stipulation of Judgment.

                                                Respectfully submitted,

Dated: May 31, 2012

/s/ Alexander G. Piller
Richard T. McCaulley, Jr.
Jeffrey J. Bushofsky
Alexander G. Piller (admitted *pro hac vice*)
ROPES & GRAY LLP
111 South Wacker Drive, 46th Floor
Chicago, IL 60606
Telephone: (312) 845-1200
Facsimile: (312) 845-5500
richard.mccaulley@ropesgray.com
jeffrey.bushofsky@ropesgray.com
alexander.piller@ropesgray.com

*Attorneys for Plaintiff Valerie T. Filar*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which sent notification of such filing to all parties receiving notice by electronic means.

      /s/ Alexander G. Piller

      Alexander G. Piller